# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHARA HANSBER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ULTA BEAUTY COSMETICS, LLC, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00022-AWI-JLT <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** <br> **(Doc. 11)** |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The defendant SHALL file a responsive pleading no later than March 9, 2021. The parties agree that this stipulation does not waive any claims, defenses or challenges in this action.

IT IS SO ORDERED.

Dated: **February 22, 2021**          **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE