**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAHARA HANSBER, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> ULTA BEAUTY COSMETICS, LLC, et al., <br><br> Defendants. | CASE NO. 1:21-cv-00022-AWI-JLT <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE THE SECOND AMENDED COMPLAINT AND RESPONSE THERETO** <br> **(Doc. 13)** |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation is **GRANTED**. The plaintiffs have until March 16, 2021 to file the Second Amended Complaint. The defendants SHALL file a responsive pleading within 30 days thereafter. Based upon the agreement of the parties that the plaintiff will file a second amended complaint, the defendants are relieved of their obligation to file a responsive pleading to the first amended complaint;

2. The scheduling conference is CONTINUED to May 17, 2021 at 8:30 a.m. The joint scheduling report SHALL be filed at least one week in advance.

IT IS SO ORDERED.

Dated:  **March 8, 2021**                   **/s/ Jennifer L. Thurston**
                                            UNITED STATES MAGISTRATE JUDGE