# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHARA HANSBER, NANG CHAN, and JESUS MORENO, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>ULTA BEAUTY COSMETICS, LLC; and DOES 1-100,<br><br>　　　　　Defendants. | CASE NO. 1:21-cv-00022-AWI-JLT<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT ULTA BEAUTY COSMETICS, LLC TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT<br>**(Doc. 16)** |

**[PROPOSED] ORDER**

This matter comes before the Court on the Stipulation to Extend Time for Defendant Ulta Beauty Cosmetics, LLC to Respond to Plaintiffs' Second Amended Complaint (the "Stipulation") filed by Plaintiffs Shahara Hansber, Nang Chan, and Jesus Moreno (collectively, "Plaintiffs") and Defendant Ulta Beauty Cosmetics, LLC ("Ulta"). Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

1. Ulta's time within which to respectively answer or otherwise serve and file any motions or other pleadings responsive to Plaintiffs' Second Amended Complaint ("SAC") shall be and hereby is extended up to and including April 28, 2021; and

2. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses and challenges in this action including, without limitation, with respect to Plaintiffs' SAC and any subsequent amended pleading and/or the claims asserted therein.

IT IS SO ORDERED.

Dated:  **April 12, 2021**          **/s/ Jennifer L. Thurston**
                                    CHIEF UNITED STATES MAGISTRATE JUDGE