UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHARA HANSBER, NANG CHAN, and JESUS MORENO, on behalf of themselves, all others similarly situated, and on behalf of the general public,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>ULTA BEAUTY COSMETICS, LLC; and DOES 1-100,<br><br>　　　　Defendants. | CASE NO.:  1:21-cv-00022-AWI-JLT<br><br>**[PROPOSED] ORDER ON STIPULATION RE: PLAINTIFF'S THIRD AMENDED COMPLAINT AND DEFENDANT'S DEADLINE TO RESPOND THERETO** |

[~~PROPOSED~~] ORDER

This matter comes before the Court on the Stipulation Re: Plaintiffs' Third Amended Complaint and Defendant's Deadline to Respond Thereto (the "Stipulation") entered into between Plaintiffs Shahara Hansber, Nang Chan, and Jesus Moreno (collectively, "Plaintiffs") and Defendant Ulta Beauty Cosmetics, LLC. The Court, having reviewed the Stipulation, and finding good cause appearing therefor, HEREBY GRANTS the Stipulation and ORDERS as follows:

(1) Consistent with the Court's Order on Defendant's Motion to Dismiss and/or Strike [Dkt. #26], Plaintiffs shall file their further amended complaint on or before November 4, 2021;

(2) Defendant shall be and hereby is relieved of its obligation to file a response to Plaintiffs' Second Amended Class Action Complaint for Damages, Injunctive Relief, Declaratory Relief, and Restitution [Dkt. #15], and thus, its current deadline to respond to the SAC is hereby vacated;

(3) Defendant shall file its response to Plaintiffs' forthcoming further amended complaint not later than 21 days after Plaintiffs file the same; and

(4) By entering into the Stipulation, the parties in no way waive, and hereby fully and expressly reserve, any and all rights, claims, remedies, and defenses they otherwise have or may have in this action

**IT IS SO ORDERED.**

Dated: October 12, 2021

_____
JENNIFER L. THURSTON
Chief United States Magistrate Judge

1

[~~PROPOSED~~] ORDER
CASE NO. 1:21-cv-00022-AWI-JLT