# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAHARA HANSBER, NANG CHAN, and JESUS MORENO**, on behalf of themselves, all others similarly situated, and the general public,<br><br>**Plaintiffs,**<br><br>v.<br><br>**ULTA BEAUTY COSMETICS, LLC, and DOES 1–100,**<br><br>**Defendants** | CASE NO. 1:21-cv-00022-AWI-BAK (SAB)<br><br>**ORDER REFERRING PENDING MOTION TO JOIN NECESSARY PARTIES TO MAGISTRATE JUDGE**<br><br>**ORDER VACATING JANUARY 24, 2022 HEARING DATE**<br><br>(Doc. No. 33) |

Plaintiffs Shahara Hansber, Nang Chan, and Jesus Moreno have filed a class action complaint in which they allege that Defendants violated California wage-and-hour and unfair competition laws. Defendant Ulta Beauty Cosmetics, LLC has filed under Federal Rule of Civil Procedure 19(a) a motion to join necessary parties that is set to be heard by this Court on January 24, 2022. Doc. No. 33. The Court finds that the pending motion should be referred to the assigned magistrate judge, Magistrate Judge Stanley A. Boone (Doc. No. 38), for entry of findings and recommendations pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72.

## **ORDER**

Accordingly, it is HEREBY ORDERED that:

1. The pending motion to join necessary parties (Doc. No. 33) is REFERRED to Magistrate Judge Stanley A. Boone;

2. The January 24, 2022 hearing before the undersigned is VACATED; and

3.  If Magistrate Judge Boone desires a hearing on the pending motion, Magistrate Judge Boone's chambers will contact the parties and set a hearing date at his convenience.

IT IS SO ORDERED.

Dated:  January 19, 2022                                    _____
                                                            SENIOR DISTRICT JUDGE