# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAHARA HANSBER, et al., | Case No. 1:21-cv-00022-AWI-BAK |
| Plaintiffs, | ORDER CONTINUING SCHEDULING CONFERENCE TO DECEMBER 13, 2022 |
| v. | |
| ULTA BEAUTY COSMETICS, LLC, | (ECF Nos. 45, 49) |
| Defendant. | |

    This putative class and California Private Attorney General Act ("PAGA") action is set for a scheduling conference on August 11, 2022. (ECF No. 45.) On August 4, 2022, the parties filed a joint scheduling report. (ECF No. 49.) In the report, Defendant proffers that on or before August 12, 2022, it will file motions to compel individual arbitration and stay this action in its entirety until such motions are adjudicated. (Id. at 4.) The Court finds it prudent to continue the scheduling conference in this action to allow for the filing of the motions to compel arbitration and consideration by the District Judge.

    Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for August 11, 2022, is CONTINUED to **December 13, 2022**, at **10:00 a.m.**, in **Courtroom 9**;

2. Absent further order of the Court, the parties shall not be required to file a new

1

joint scheduling report prior to the conference; and

3. If the motions are not filed or such matters are resolved, any party may move for advancement of the scheduling conference to an earlier date.

IT IS SO ORDERED.

Dated: __**August 9, 2022**__

_____
UNITED STATES MAGISTRATE JUDGE