UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANG CHAN, on behalf of himself, all others similarly situated, and on behalf of the general public,[1]<br><br>Plaintiff,<br><br>v.<br><br>ULTA BEAUTY COSMETICS, LLC and DOES 1-100,<br><br>Defendants. | Case No. 1:21-cv-00022-AWI-CDB<br><br>ORDER SETTING DEADLINE TO FILE STIPULATED AMENDED PLEADING OR MOTION FOR LEAVE TO AMEND<br><br>(ECF No. 67) |

On December 13, 2022, the Court convened a scheduling conference off the record at which Marcus Bradley appeared on behalf of Plaintiff Nang Chan, Kacey Cook appeared on behalf of former Plaintiff Jesus Moreno, and Matthew Kane appeared on behalf of Defendant Ulta Beauty Cosmetics, LLC. All parties agreed that Moreno has been dismissed from the action (ECF No. 63), and accordingly, Ms. Cook was excused from the conference.

During the conference, the parties agreed that on or before January 13, 2023, Plaintiff will file either a stipulated amended complaint or a motion for leave to amend.

Accordingly, based on the representations made by the parties during the scheduling

///

---

[1] As Sahara Hansber and Jesus Moreno were dismissed from the action on November 9, 2022 (ECF No. 63), the Clerk of Court is directed to terminate this case as to both former plaintiffs.

1 conference, and for good cause shown, IT IS HEREBY ORDERED:

2     Plaintiff shall file a stipulated, amended complaint or a motion seeking leave of Court to
3 file an amended complaint on or before **January 13, 2023**.

4 IT IS SO ORDERED.

5    Dated: **December 13, 2022**

6                                    UNITED STATES MAGISTRATE JUDGE